JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAHUL RAHUL,

     Petitioner,

v.

WARDEN, ADELANTO ICE
PROCESSING CENTER DESERT
VIEW FACILITY, et al.,

     Respondents.

Case No. 5:26-cv-02993-KES

**JUDGMENT**

     Pursuant to the Court's Order Denying the Petition, IT IS ADJUDGED that the Petition is denied.

DATED:   June 29, 2026

*Karen E. Scott*

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE